IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00309-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.  ADRIAN FLEEKS,

       Defendant.

---

### ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Superseding Indictment as to defendant Fleeks only, and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss the Superseding Indictment as to defendant Adrian Fleeks Only (doc. #77), filed March 3, 2011, is **GRANTED.**  It is further

ORDERED that the Superseding Indictment as to defendant Adrian Fleeks only is dismissed.

Dated this 4th day of March, 2011.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            CHIEF UNITED STATES DISTRICT JUDGE